FILED

Dennis J. Hawk (SBN 130731)
Business Law Group
3100 Donald Douglas Loop N.
Santa Monica, CA 90405
Tel: (310) 664-8000
Email: dennis@dhwk.com

2014 OCT 14  PM 1:31

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Subpoena to<br>MEI Telcom, Inc. dba Message Express Internet | Notice of Lodging of Summary Spreadsheet and DMCA Notifications |

Mc 14-00862

Documents attached to the cd include:

1. Excel Summary Spreadsheet

2. Notices from August 4, 2014 to October 5, 2014

Executed on   October 14, 2014

_____
Dennis J. Hawk

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

☐ VOLUMINOUS DOCUMENT

☑ CD, VIDEO, PHOTOS, OTHER, ETC.

**AVAILABLE IN THE RECORDS SECTION OF THE CLERK'S OFFICE FOR PUBLIC VIEWING**

G–114 (02/09)   VOLUMINOUS DOCUMENT OR NON DOCUMENT ITEM FOR PUBLIC VIEWING